Certificate Number: 12433-PAM-DE-033941696

Bankruptcy Case Number: 19-04965



12433-PAM-DE-033941696

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 11, 2020, at 7:47 o'clock PM EST, Linda A. Cedeno completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 12, 2020     By:   /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher