```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                                  Case No. 19-04965-RNO
Linda Ann Cedeno                                                                        Chapter 13
         Debtor                           CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke                Page 1 of 2                Date Rcvd: Jan 15, 2020
                              Form ID: ntcnfhrg              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Linda Ann Cedeno,    133 Cedar Drive,    Long Pond, PA 18334-7887
5287794        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5284776        +CFAM Financial Services, LLC,    PO BOX 9300,    San Juan PR 00908-0300
5272945        +CREDIT ACCEPTANCE,    ATTENTION: OPERATIONS SUPPORT,    PO BOX 513,    SOUTHFIELD, MI 48037-0513
5272946        +DSNB/MACYS,    PO BOX 8218,    MASON, OH 45040-8218
5272947        +EMERALD LAKES ASSOCIATION,    1112 GLADE DRIVE,    LONG POND, PA 18334-7904
5272948         EUGENE MAYO,    133 CEDAR DRIVE,    LONG POND, PA 18334-7887
5272949         FIRST PREMIER,    3820 N LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
5286830        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
5272953        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5272954        +MIDLAND FUNDING,    320 EAST BIG BEAVER,    TROY, MI 48083-1271
5272955        +MR COOPER,    PO BOX 619094,    DALLAS, TX 75261-9094
5272957         NATIONSTAR MORTGAGE,    8950 CYPRESS WATERS BLVD,    IRVING, TX 75063
5290361        +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5272958         PPL ELECTRIC UTILITIES,    827 HOUSMAN ROAD,    ALLENTOWN, PA 18104-9392
5272959        +PROGRESSIVE INSURANCE,    C/O CAINE & WEINER,    PO BOX 55848,    SHERMAN OAKS, CA 91413-0848
5272960        +RUBIN & ROTHMAN LLC,    PO BOX 9003,    ISLANDIA, NY 11749-9003
5272961         SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,    PO BOX 560284,    DALLAS, TX 75356-0284
5272963        +STEPHEN EISTEIN & ASSOCIATES PC,    39 BROADWAY SUITE 1250,    NEW YORK, NY 10006-3089
5272966         THE HOME DEPOT/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5272967         VERIZON,    C/O EOS CCA,    PO BOX 981008,    BOSTON, MA 02298-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 21:02:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5272943         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:50:26      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5272944         E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 15 2020 20:49:48
                 CAPITAL ONE AUTO FINANCE,    PO BOX 60511,    CITY OF INDUSTRY, CA 91716-0511
5280564         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:50:26
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5281657        +E-mail/Text: G06041@att.com Jan 15 2020 20:45:22      Directv, LLC,
                 by American InfoSource as agent,    PO Box 5072,    Carol Stream, IL 60197-5072
5272950         E-mail/Text: bankruptcy@sccompanies.com Jan 15 2020 20:45:48       GINNYS,    1112 7TH AVENUE,
                 MONROE, WI 53566-1364
5283428        +E-mail/Text: bankruptcy@sccompanies.com Jan 15 2020 20:45:48       Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5272951        +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 15 2020 20:45:34       HARLEY DAVIDSON FINANCIAL,
                 4150 TECHNOLOGY WAY,    CARSON CITY, NV 89706-2026
5272952         E-mail/Text: cio.bncmail@irs.gov Jan 15 2020 20:44:09       IRS,    CENTRALIZED INSOLVENCY OP,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5272956        +E-mail/Text: Bankruptcies@nragroup.com Jan 15 2020 20:45:44       NATIONAL GRID NY,
                 C/O NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5286795        +E-mail/Text: apbankruptcy@us.ngrid.com Jan 15 2020 20:45:46       National Grid,
                 300 Erie Blvd West,    Syracuse, NY 13202-4250
5272962         E-mail/Text: bankruptcy@sccompanies.com Jan 15 2020 20:45:48       SEVENTH AVENUE,
                 1112 7TH AVENUE,    MONROE, WI 53566-1364
5272964        +E-mail/Text: bankruptcy@sccompanies.com Jan 15 2020 20:45:48       SWISS COLONY,
                 1112 7TH AVENUE,    MONROE, WI 53566-1364
5272965         E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:50:16       SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5283427        +E-mail/Text: bankruptcy@sccompanies.com Jan 15 2020 20:45:48       Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5273753        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:50:16       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5283429        +E-mail/Text: bankruptcy@sccompanies.com Jan 15 2020 20:45:48       The Swiss Colony,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5272968        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 15 2020 20:45:32       WEB BANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                                TOTAL: 18

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
        bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent Rubino    on behalf of Debtor 1 Linda Ann Cedeno
        lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

                                                                                                                               TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | | |
|---|---|---|
| Linda Ann Cedeno,<br>aka Linda A. Cedeno, aka Linda Cedeno, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−04965−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom #2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)