```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04965-RNO
Linda Ann Cedeno                                                Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1           Date Rcvd: Apr 09, 2020
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
db          +Linda Ann Cedeno,    133 Cedar Drive,    Long Pond, PA 18334-7887
            +Eugene R. Mayo,    133 Cedar Drive,    Long Pond, PA 18334-7887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                  Signature:  /s/Joseph Speetjens

___

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Robert J Kidwell, III    on behalf of Debtor 1 Linda Ann Cedeno rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Linda Ann Cedeno
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> LINDA ANN CEDENO, <br><br>   DEBTOR, <br><br> HARLEY-DAVIDSON CREDIT CORP., <br><br>   MOVANT <br> V. <br><br> LINDA ANN CEDENO, <br> EUGENE R. MAYO AND <br> CHARLES J. DEHART, III, TRUSTEE, <br><br>   RESPONDENTS | Bankruptcy No. 5:19-bk-04965-RNO <br><br> Chapter 13 <br><br> Doc. No. |

ORDER OF COURT

AND NOW, upon consideration of the Motion for Relief from the Automatic Stay, and the Debtor's Answer thereto, after hearing held on April 9, 2020, it is ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Harley-Davidson Credit Corp., in the 2013 Harley-Davidson FXDB Street Bob, 1HD1GX410DC325522.

b. Movant is further granted Relief from the Co-Debtor Stay pursuant to 11 U.S.C. § 1301(c) to recover from Co-Debtor, Eugene R. Mayo, any amounts that remain due and owing pursuant to the underlying Retail Installment Sale Contract subsequent to the surrender of the collateral.

Dated: April 9, 2020

By the Court,

/s/ Robert N. Opel, II

Robert N. Opel, II, Bankruptcy Judge  BI