In re:                                                                                      Case No. 19-04965-MJC

Linda Ann Cedeno                                                            Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                          Page 1 of 3

Date Rcvd: Aug 05, 2021                    Form ID: ordsmiss                                Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Ann Cedeno, 133 Cedar Drive, Long Pond, PA 18334-7887 |
| 5287794 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5284776 | + | CFAM Financial Services, LLC, PO BOX 9300, San Juan PR 00908-0300 |
| 5272947 | + | EMERALD LAKES ASSOCIATION, 1112 GLADE DRIVE, LONG POND, PA 18334-7904 |
| 5272948 | | EUGENE MAYO, 133 CEDAR DRIVE, LONG POND, PA 18334-7887 |
| 5286830 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5272953 | + | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5272955 | + | MR COOPER, PO BOX 619094, DALLAS, TX 75261-9094 |
| 5272957 | | NATIONSTAR MORTGAGE, 8950 CYPRESS WATERS BLVD, IRVING, TX 75063 |
| 5290361 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5272958 | | PPL ELECTRIC UTILITIES, 827 HOUSMAN ROAD, ALLENTOWN, PA 18104-9392 |
| 5272959 | + | PROGRESSIVE INSURANCE, C/O CAINE & WEINER, PO BOX 55488, SHERMAN OAKS, CA 91413-0848 |
| 5272960 | + | RUBIN & ROTHMAN LLC, PO BOX 9003, ISLANDIA, NY 11749-9003 |
| 5272963 | + | STEPHEN EISTEIN & ASSOCIATES PC, 39 BROADWAY SUITE 1250, NEW YORK, NY 10006-3089 |
| 5272967 | | VERIZON, C/O EOS CCA, PO BOX 981008, BOSTON, MA 02298-1008 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 05 2021 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5272943 | | EDI: CAPITALONE.COM | Aug 05 2021 22:58:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5272944 | | EDI: CAPONEAUTO.COM | Aug 05 2021 22:58:00 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 5272945 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 05 2021 18:50:00 | CREDIT ACCEPTANCE, ATTENTION: OPERATIONS SUPPORT, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 5280564 | | EDI: CAPITALONE.COM | Aug 05 2021 22:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5293983 | | EDI: CITICORP.COM | Aug 05 2021 22:58:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5272946 | + | EDI: CITICORP.COM | Aug 05 2021 22:58:00 | DSNB/MACYS, PO BOX 8218, MASON, OH 45050 |
| 5281657 | + | EDI: DIRECTV.COM | Aug 05 2021 22:58:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5272949 | | EDI: AMINFOFP.COM | Aug 05 2021 22:58:00 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5272950 | | EDI: CBS7AVE | Aug 05 2021 22:58:00 | GINNYS, 1112 7TH AVENUE, MONROE, WI 53566-1364 |

| | | | |
|---|---|---|---|
| 5283428 | + EDI: CBS7AVE | Aug 05 2021 22:58:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5272951 | + Email/Text: bankruptcy.notices@hdfsi.com | Aug 05 2021 18:50:00 | HARLEY DAVIDSON FINANCIAL, 4150 TECHNOLOGY WAY, CARSON CITY, NV 89706-2026 |
| 5272952 | EDI: IRS.COM | Aug 05 2021 22:58:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5272954 | + EDI: MID8.COM | Aug 05 2021 22:58:00 | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 5293382 | + EDI: MID8.COM | Aug 05 2021 22:58:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 5293521 | + EDI: MID8.COM | Aug 05 2021 22:58:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5272956 | + Email/Text: Bankruptcies@nragroup.com | Aug 05 2021 18:50:00 | NATIONAL GRID NY, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5286795 | + Email/Text: apbankruptcy@nationalgrid.com | Aug 05 2021 18:50:00 | National Grid, 300 Erie Blvd West, Syracuse, NY 13202-4250 |
| 5293093 | + EDI: JEFFERSONCAP.COM | Aug 05 2021 22:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5272961 | EDI: DRIV.COM | Aug 05 2021 22:58:00 | SANTANDER CONSUMER USA, ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5272962 | EDI: CBS7AVE | Aug 05 2021 22:58:00 | SEVENTH AVENUE, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5272964 | + EDI: CBS7AVE | Aug 05 2021 22:58:00 | SWISS COLONY, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5272965 | EDI: RMSC.COM | Aug 05 2021 22:58:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5283427 | + EDI: CBS7AVE | Aug 05 2021 22:58:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5273753 | + EDI: RMSC.COM | Aug 05 2021 22:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5272966 | EDI: CITICORP.COM | Aug 05 2021 22:58:00 | THE HOME DEPOT/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5283429 | + EDI: CBS7AVE | Aug 05 2021 22:58:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5272968 | + EDI: BLUESTEM | Aug 05 2021 22:58:00 | WEB BANK/FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Linda Ann Cedeno rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Linda Ann Cedeno lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Linda Ann Cedeno, | Chapter | 13 |
| aka Linda A. Cedeno, aka Linda Cedeno, | | |
| | | |
| **Debtor 1** | Case No. | 5:19–bk–04965–MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  August 5, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

ordsmiss (05/18)